# Order

Michigan Supreme Court
Lansing, Michigan

June 2, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155615 & (26)

DEBORAH GIRARD,
          Plaintiff-Appellee,

v

MIGUELANGELO J. PEREZ-CRUET,
M.D., M.J. PEREZ-CRUET, M.D., P.C.,
and MICHIGAN HEAD AND SPINE
INSTITUTE, a/k/a UNIVERSITY
NEUROSURGICAL ASSOCIATES, P.C.,
          Defendants-Appellants.
_____/

SC: 155615
COA: 336559
Oakland CC: 2016-154556-NH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 3, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2017



Clerk

d0530